_____

No. 95-1975WM
_____

Joshua Building Trust;                    *
                                          *
          Appellant,                      *
                                          *
Joe R. Brooks, Trustee,                   *
                                          *
          Plaintiff,                      *    Appeal from the United States
                                          *    District Court for the Western
     v.                                   *    District of Missouri.
                                          *
Kimberly Clementi, in her                 *    [UNPUBLISHED]
capacity as Revenue Officer;              *
Internal Revenue Service, an              *
agency promulgated by law,                *
                                          *
          Appellees.                      *
                        _____

                Submitted:  March 7, 1996

                  Filed:  March 12, 1996
                        _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                        _____

PER CURIAM.

     Joshua Building Trust (JBT) appeals the district court's order dismissing its complaint without prejudice.  We affirm.

     Joe R. Brooks, JBT's trustee, filed a complaint alleging the Internal Revenue Service (IRS) and an IRS employee had violated the trust's constitutional rights.  The district court dismissed the complaint without prejudice because the trust was not represented by a licensed member of the bar.

     A non-lawyer trustee may not represent a trust pro se in federal court.  Knoefler v. United Bank of Bismarck, 20 F.3d 347,

348 (8th Cir. 1994); see also C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697-98 (9th Cir. 1987).  The government's motion to dismiss adequately apprised Brooks that the case could be dismissed unless JBT was represented by licensed counsel.  JBT's argument that the district court was precluded from dismissing the case before a scheduled settlement conference is without merit.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.